BRATTLEBORO SAV. BANK OF BRATTLEBORO, VT., v. CITY OF SUPERIOR. BENNINGTON COUNTY SAV. BANK OF BENNINGTON, VT., v. SAME. BELLOWS FALLS SAV. BANK OF BELLOWS FALLS, VT., v. SAME. WILMINGTON SAV. BANK OF WILMINGTON, VT., v. SAME.

(Circuit Court of Appeals, Seventh Circuit. August 11, 1906.)

No. 1,225–1,228.

In Error to the Circuit Court of the United States for the Western District of Wisconsin.

E. F. McCausland, for plaintiff in error.
L. K. Luse, for defendant in error.

Before BAKER, SEAMAN, and KOHLSAAT, Circuit Judges.

PER CURIAM. The above-entitled writs of error, Nos. 1,225, 1,226, 1,227, and 1,228, involve, respectively, the same question presented and herewith decided in No. 1,196 (White River Savings Bank of White River Junction, Vermont, v. City of Superior, 148 Fed. 1). The issue, however, arose in each case upon demurrer to the complaint, upon bonds of like character, under the authority of the charter of 1889. The demurrers were sustained by the Circuit Court, and the complaint in each case dismissed.

In conformity with the decision above mentioned, in No. 1,196, the judgment in each case is affirmed.